1   R. Bradford Huss, SBN 71303
    bhuss@truckerhuss.com
2   Robert F. Schwartz, No. 227327
    rschwartz@truckerhuss.com
3   Virginia H. Perkins, SBN 215832
    vperkins@truckerhuss.com
4   TRUCKER ✦ HUSS
    A Professional Corporation
5   100 Montgomery Street, 23rd Floor
    San Francisco, California  94104
6   Telephone:    (415) 788-3111
    Facsimile:     (415) 421-2017
7
    Attorneys for Defendants
8   Shaklee Corporation and Roger Barnett

9   Geoffrey V. White, SBN 068012
    Law Office of Geoffrey V. White
10  351 California St., Suite 1500
    San Francisco, CA 94104
11  Telephone:    (415) 362-5658
    Facsimile:     (415) 362-4115
12  gvwhite@sprynet.com

13  Marvin K. Lewis, SBN 48203
    Lewis & Lewis
14  1050 Northgate Drive, Suite 351
    San Rafael, California 94903
15  Telephone:    (415) 777-8888
    Facsimile:     (415) 507-9459
16  Marvinlewis62@pacbell.net

17  Attorneys for Plaintiff

18              UNITED STATES DISTRICT COURT

19           NORTHERN DISTRICT OF CALIFORNIA

20  DEBORA BUSSE                    Case No. CV 10-0359 SI

21            Plaintiff,

22      vs.                         **STIPULATION AND PROPOSED**
                                    **ORDER CONTINUING JOINT CASE**
                                    **MANAGEMENT CONFERENCE**
23  SHAKLEE CORPORATION, a Delaware
    Corporation; ROGER BARNETT; and DOES
24  1 through 50, inclusive,

25            Defendants.

26

27       Defendants  SHAKLEE  CORPORATION  and  ROGER  BARNETT  ("Defendants")  and

28  Plaintiff DEBORA BUSSE ("Plaintiff") (together the "Parties") hereby stipulate and request an

Trucker ✦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104

Order continuing the Case Management Conference currently scheduled for May 7, 2010 at 2:30 p.m. to a date after the hearing on Defendants' anticipated Motion to Dismiss.

The Parties request this continuance for the following reasons:

1. By Order dated January 26, 2010, the Court scheduled a Case Management Conference for Friday, May 7, 2010 at 2:30 p.m.

2. By Order dated April 6, 2010, the Court granted the Defendants' Motion to Dismiss Plaintiff's Complaint and denied Plaintiff's Motion for Remand.  Plaintiff was given until April 23, 2010 to file an amended complaint.

3. Plaintiff filed a First Amended Complaint on April 23, 2010.

4. The Parties have agreed to extend the date for Defendants to respond to Plaintiff's First Amended Complaint to May 21, 2010.  Defendants anticipate filing a Motion to Dismiss Plaintiff's First Amended Complaint on or before May 21, 2010.

5. The Parties believe it is premature to have a Case Management Conference before Defendants' anticipated Motion to Dismiss is decided and request a continuance of the Case Management Conference in this case to a date after the hearing on the Defendants' anticipated Motion to Dismiss.

////

///

///

///

///

///

///

///

///

///

///

///

Trucker ♦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104

**STIPULATION AND PROPOSED ORDER CONTINUING JOINT CASE MANAGEMENT CONFERENCE; Case No. CV 10-0359 SI**
#1079741

2

1      6.      The Parties have not requested any prior Order extending time in this litigation.

2  This extension will alter the current date for the Case Management Conference from May 7, 2010

3  to a date following the hearing on Defendants' anticipated Motion to Dismiss.

4  DATED: April 30, 2010

                                          TRUCKER ✦ HUSS
5

6                                         By:  /s/R. Bradford Huss_____
                                              R. Bradford Huss
7                                             Attorneys for Defendants
                                              Shaklee Corporation and Roger Barnett
8

9  DATED: April 30, 2010

                                          LAW OFFICE OF GEOFFREY WHITE
10

11                                        By:  /s/Geoffrey V. White (as authorized on 4/30/10)
                                              Geoffrey V. White
12                                            Attorneys for Plaintiff Debora Busse

13

14      **IT IS SO ORDERED.**

15

16

17  DATED: _____

18

19                                        _____
                                              Honorable Susan Illston
                                              United States District Court Judge

20

21  The case management conference is set for 7/30/10 @
    2:30 p.m.

22

23

24

25

26

27

28

Trucker ✦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104

**STIPULATION AND PROPOSED ORDER CONTINUING JOINT CASE MANAGEMENT
CONFERENCE; Case No. CV 10-0359 SI**
#1079741

3