R. Bradford Huss, SBN 71303
bhuss@truckerhuss.com
Robert F. Schwartz, No. 227327
rschwartz@truckerhuss.com
Virginia H. Perkins, SBN 215832
vperkins@truckerhuss.com
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone:    (415) 788-3111
Facsimile:    (415) 421-2017

Attorneys for Defendants
Shaklee Corporation and Roger Barnett

Geoffrey V. White, SBN 068012
Law Office of Geoffrey V. White
351 California St., Suite 1500
San Francisco, CA 94104
Telephone:    (415) 362-5658
Facsimile:    (415) 362-4115
gvwhite@sprynet.com

Marvin K. Lewis, SBN 48203
Lewis & Lewis
1050 Northgate Drive, Suite 351
San Rafael, California 94903
Telephone:    (415) 777-8888
Facsimile:    (415) 507-9459
Marvinlewis62@pacbell.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORA BUSSE,<br><br>        Plaintiff,<br><br>   vs.<br><br>SHAKLEE CORPORATION, a Delaware Corporation; ROGER BARNETT; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. CV 10-0359 SI<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING JOINT CASE MANAGEMENT CONFERENCE** |

Defendants SHAKLEE CORPORATION and ROGER BARNETT ("Defendants") and Plaintiff DEBORA BUSSE ("Plaintiff") (together the "Parties") hereby stipulate and request an

1 Order continuing the Case Management Conference currently scheduled for May 7, 2010 at 2:30
2 p.m. to a date after the hearing on Defendants' anticipated Motion to Dismiss.
3     The Parties request this continuance for the following reasons:
4     1. By Order dated January 26, 2010, the Court scheduled a Case Management
5 Conference for Friday, May 7, 2010 at 2:30 p.m.
6     2. By Order dated April 6, 2010, the Court granted the Defendants' Motion to Dismiss
7 Plaintiff's Complaint and denied Plaintiff's Motion for Remand. Plaintiff was given until April 23,
8 2010 to file an amended complaint.
9     3. Plaintiff filed a First Amended Complaint on April 23, 2010.
10     4. The Parties have agreed to extend the date for Defendants to respond to Plaintiff's
11 First Amended Complaint to May 21, 2010. Defendants anticipate filing a Motion to Dismiss
12 Plaintiff's First Amended Complaint on or before May 21, 2010.
13     5. The Parties believe it is premature to have a Case Management Conference before
14 Defendants' anticipated Motion to Dismiss is decided and request a continuance of the Case
15 Management Conference in this case to a date after the hearing on the Defendants' anticipated
16 Motion to Dismiss.
17 ////
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**STIPULATION AND PROPOSED ORDER CONTINUING JOINT CASE MANAGEMENT CONFERENCE; Case No. CV 10-0359 SI**
#1079741

2

6.  The Parties have not requested any prior Order extending time in this litigation. This extension will alter the current date for the Case Management Conference from May 7, 2010 to a date following the hearing on Defendants' anticipated Motion to Dismiss.

DATED: April 30, 2010

TRUCKER ✦ HUSS

By: /s/R. Bradford Huss
R. Bradford Huss
Attorneys for Defendants
Shaklee Corporation and Roger Barnett

DATED: April 30, 2010

LAW OFFICE OF GEOFFREY WHITE

By: /s/Geoffrey V. White (as authorized on 4/30/10)
Geoffrey V. White
Attorneys for Plaintiff Debora Busse

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable Susan Illston
United States District Court Judge

The case management conference is set for 7/30/10 @ 2:30 p.m.