IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORA BUSSE, | No. C 10-359 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SHAKLEE CORPORATION, *et al.*, | |
| Defendants. | |

The Court has dismissed plaintiff's claims with prejudice, and accordingly enters judgment in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 9, 2010

SUSAN ILLSTON
United States District Judge